**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
WILDA HENRIQUEZ

Debtors

Order Filed on September 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-30092

Chapter 13

Judge: Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Wilda Henriquez
Case No.:  17-30092 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
    _____    outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $528 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30092-CMG
Wilda Henriquez                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 16, 2019
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db             +Wilda Henriquez,    584 Parkway Avenue,     Ewing, NJ 08618-2537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
      Albert     Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert     Russo    docs@russotrustee.com
      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank Trust National Association, not in its
       individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
       its individual capacity but solely as Co-Trustee for Gove cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      John     Zimnis    on behalf of Debtor Wilda    Henriquez njbankruptcylaw@aol.com.
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust national Association, not in its
       individual capacity but solely as Delaware trustee Et Al... kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                      TOTAL: 6