Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 17−30092−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Wilda Henriquez  
   584 Parkway Avenue  
   Ewing, NJ 08618

Social Security No.:  
   xxx−xx−7172

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020  
JAN: bwj

                                                                                              Jeanne Naughton  
                                                                            Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 17-30092-CMG
Wilda Henriquez                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                Page 1 of 2                  Date Rcvd: Mar 04, 2020
                               Form ID: 148               Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db             +Wilda Henriquez,    584 Parkway Avenue,     Ewing, NJ 08618-2537
517103063      +Capital Health Systems,    750 Brunswick Avenue,    Attn: Patient Accounts,
                Trenton, NJ 08638-4143
517103067      +Federman & Phelan,   Re: Wells Fargo,    400 Fellowship Road,    Suite 100,
                Mount Laurel, NJ 08054-3437
517103068      +Lenox Socey Wilgus,   Re: American Trading; DC 2220-15,     136 Franklin Corner Road,
                Suite 110,   Lawrence, NJ 08648-2586
517103072      +Pressler & Pressler,   Re: Midland Funding; DC 2417-06,     7 Entin Road,
                Parsippany, NJ 07054-5020
518153893      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518153894      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517185090       US Bank,   Wells Fargo Bank,    1000 Blue Gentian Rd,    Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517103062      +EDI: AFNIRECOVERY.COM Mar 05 2020 04:08:00      Afni,   PO Box 3427,    Re: Verizon,
                Bloomington, IL 61702-3427
517103064      +EDI: COMCASTCBLCENT Mar 05 2020 04:08:00      Comcast,   1 Comcast Center,
                Philadelphia, PA 19103-2899
517103065      +EDI: CONVERGENT.COM Mar 05 2020 04:08:00      Convergent,   Re: Sprint,    800 SW 39th St,
                PO Box 9004,   Renton, WA 98057-9004
518049454       EDI: WFFC.COM Mar 05 2020 04:08:00      Government Loan Securitization Trust 2011-FV1,
                c/o Wells Fargo Bank, N.A., as Servicer,    Default Document Processing,    MAC# N9286-01Y,
                1000 Blue Gentian Road,    Eagan MN 55121-7700
517103070      +EDI: MID8.COM Mar 05 2020 04:08:00      Midland Credit Mngmt,    Re: Verizon,    8875 Aero Drive,
                Suite 200,   San Diego, CA 92123-2255
517103069      +EDI: MID8.COM Mar 05 2020 04:08:00      Midland Credit Mngmt,    8875 Aero Drive,    Suite 200,
                San Diego, CA 92123-2255
517103071      +E-mail/Text: Bankruptcies@nragroup.com Mar 04 2020 23:40:02      National Recovery Agency,
                2491 Paxton Street,   Re: Mercer Pathology Assoc,    Harrisburg, PA 17111-1036
517103073       EDI: NEXTEL.COM Mar 05 2020 04:08:00      Sprint,   6360 Sprint Pkwy,    Overland Park, KS 66251
517177873      +EDI: WFFC.COM Mar 05 2020 04:08:00      U.S. Bank Trust National Association,
                c/o Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                Des Moines, Iowa 50328-0001
517103074      +EDI: VERIZONCOMB.COM Mar 05 2020 04:08:00      Verizon NJ,    500 Technology Drive,
                Weldon Spring, MO 63304-2225
517103075      +EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo,   101 N. Phillips Avenue,
                Sioux Falls, SD 57104-6714
                                                                                               TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517103061     ##+A-1 Collection,   Re: Lee Dellacroce, MD,   101 Grovers Mill Rd,
                Lawrenceville, NJ 08648-4706
517103066     ##+Eastern Account System,   Re: Comcast,   75 Glen Rd,   Ste 110,   Sandy Hook, CT 06482-1175
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
           its individual capacity but solely as Co-Trustee for Gove cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          John   Zimnis    on behalf of Debtor Wilda   Henriquez njbankruptcylaw@aol.com.
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust national Association, not in its
           individual capacity but solely as Delaware trustee Et Al... kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```